No. 66. JOHN C. ROSS v. STATE OF SOUTH DAKOTA. Error to the Supreme Court of the State of South Dakota. Submitted May 3, 1926. Decided May 10, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 5–6; (2) *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.*, 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham*, 253 U. S. 193, 195; *Seaboard Air Line* v. *Padgett*, 236 U. S. 668, 671; (3) *Missouri* v. *Lewis*, 101 U. S. 22, 31. *Messrs. U. S. G.*

*Cherry* and *Holton Devenport* for plaintiff in error. *Messrs. Byron S. Payne* and *E. D. Roberts* for defendant in error.